# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

TERRANCE TAYLOR,           :
AIS 193913,
                           :
    Petitioner,
                           :
vs.                                    CA 08-0632-KD-C
                           :
DAVID J. WISE,
                           :
    Respondent.

## JUDGMENT

In accordance with the order entered on this date, it is hereby **ORDERED**, **ADJUDGED**, and **DECREED** that petitioner's petition for writ of habeas corpus filed pursuant to 28 U.S.C. § 2254 be dismissed as time barred pursuant to 28 U.S.C. § 2244(d).

**DONE** this 11th day of February, 2009.

     **s/ Kristi K. DuBose**
     **KRISTI K. DuBOSE**
     **UNITED STATES DISTRICT JUDGE**